

# NUMBER 13-12-00031-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BOBBY BOURLON

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Garza and Vela
## Memorandum Opinion Per Curiam[1]

Relator, Bobby Bourlon, filed a petition for writ of mandamus and a motion for emergency stay in the above cause on January 20, 2012. Through the petition for writ of mandamus, relator sought to compel the trial court to vacate an order rendered on December 15, 2011 granting a pre-suit deposition under Texas Rule of Civil Procedure 202. *See* TEX. R. CIV. P. 202. On January 20, 2012, this Court granted the motion for emergency stay and ordered the trial court's December 15, 2011 order to be stayed. *See* TEX. R. APP. P. 52.10(b). By that same order, the Court requested that the real

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

party in interest, Charlotte Clark, by and through counsel, file a response to the petition for writ of mandamus. Relator has now filed a motion to dismiss this original proceeding on grounds that the parties have resolved the issues herein and this matter has been rendered moot.

The Court, having examined and fully considered the petition for writ of mandamus and the motion to dismiss, is of the opinion that the motion to dismiss should be granted. Accordingly, the stay previously imposed by this Court is LIFTED. *See id.* R. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The motion to dismiss is GRANTED. The petition for writ of mandamus is DISMISSED without reference to the merits. *See id.* R. 52.8(a).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of February, 2012.